IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRIS COMPTON, on behalf of himself and those similarly situated, | : | |
| Plaintiff, | : | Case No. 3:20-cv-420 |
| v. | | JUDGE WALTER H. RICE |
| EVERYDAY TECHNOLOGIES, INC., | : | |
| Defendant. | | |

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR CONDITIONAL CERTIFICATION AND TO APPROVE PROPOSED NOTICE AND CONSENT FORM (DOC. #12); ADDITIONAL INSTRUCTIONS TO COUNSEL

---

Plaintiff Chris Compton filed suit, on behalf of himself and others similarly situated, against his former employer, Everyday Technologies, Inc., alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and Ohio law.  This matter is currently before the Court on Plaintiff's Unopposed Motion for Conditional Certification and to Approve Proposed Notice and Consent Form, Doc. #12.  The proposed Notice and the proposed Consent Form are attached as exhibits to the motion.

Having reviewed that motion, the exhibits and the applicable law, the Court SUSTAINS the unopposed motion in its entirety.  Pursuant to 29 U.S.C. § 216(b), the Court conditionally certifies a collective action, and authorizes Plaintiff's

counsel to send the proposed Notice and Consent Form to the putative class members, defined as:

> All current and former hourly, non-exempt maintenance and production employees of Everyday Technologies, Inc. ("ETI") assigned to ETI's Sidney fabrication facility, Wapakoneta stamping facility, Sidney batch powder operations, and Sidney powder coat facility who were scheduled to work at least 40 hours of work in any workweek and who worked before the scheduled start and/or after the scheduled end of their shifts, beginning three years preceding the filing of this Motion and continuing through the date of judgment.

Within 14 days of this Decision and Entry, Defendant shall provide to Plaintiff's counsel a list (in Microsoft Office Excel format) containing the names and last known addresses (including zip code), and personal email addresses of all putative FLSA Collective Members.

Within 14 days of receiving the list, Plaintiff's counsel shall mail (via First Class U.S. Mail) and email the Notice and Consent Form to those individuals, who will then have 60 days from the date of the mailing to return the Consent Form to opt-in to this case.

Date: March 30, 2021        _Walter H. Rice_ (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE